JAMES E. J. SCULLY, Respondent, v. EMMA SCULLY, Defendant. WALTER T. HAZRICK, Corespondent, Appellant.— Motion granted to the extent of modifying the order and judgment of this court, entered on the 31st

day of July, 1917 (179 App. Div. 266), by adding the words "without prejudice to the interlocutory judgment against the wife." Present — Jenks, P. J., Mills, Putnam and Blackmar, JJ.